## SCHATZ v. WINTON MOTOR CARRIAGE CO.

### (District Court, S. D. New York.)

**1. COURTS** (§ 351*)—PRODUCTION OF DOCUMENTS—FEDERAL COURTS—WHAT LAW GOVERNS.

The subject of the production of documents by the adverse party in actions at law in federal courts is governed by the statutes of the United States.

[Ed. Note.—For other cases, see Courts, Cent. Dig. § 924; Dec. Dig. § 351.*]

**2. DISCOVERY** (§ 82*)—PRODUCTION OF DOCUMENTS—FEDERAL COURTS—ACTION AT LAW.

Under the federal statutes, a court of law cannot compel a party to an action to produce documents in advance of the trial for the inspection of the other party.

[Ed. Note.—For other cases, see Discovery, Cent. Dig. § 106; Dec. Dig. § 82.*

Persons against whom production and inspection of books or writings may be obtained, see note to Cassatt v. Mitchell Coal & Coke Co., 81 C. C. A. 96.]

At Law. Action by Herman Adolf Schatz against the Winton Motor Carriage Company. On motion for inspection of documents before trial. Denied.

Seldon Bacon, of New York City, for plaintiff.

Crisp, Randall & Crisp, of New York City, for defendant.

NOYES, Circuit Judge. [1] In my opinion the subject of the production of documents by the adverse party in actions at law is governed by the statutes of the United States relating thereto. Ex parte Fisk, 113 U. S. 713, 5 Sup. Ct. 724, 28 L. Ed. 1117.

[2] Under these statutes a court of law cannot compel one party to an action to produce, in advance of trial, documents for the inspection of the other party. Carpenter v. Winn, 221 U. S. 533, 31 Sup. Ct. 683, 55 L. Ed. 842.

The present motion must be denied but without prejudice to another motion under the federal statute for the production of the documents in question at the trial. Not being advised as to the state of the pleadings or the proximity of the trial, I do not feel warranted in treating the present motion as of that nature.

The motion for inspection is denied and the order to show cause is vacated.